# NO. 12-14-00028-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  |  |  |
|---|---|---|
| *IN RE:* | § | |
| | § | *ORIGINAL PROCEEDING* |
| *PHIL CAULEY* | § | |

### *MEMORANDUM OPINION*
### *PER CURIAM*

On July 23, 2014, this court delivered an opinion conditionally granting the petition for writ of mandamus filed by Relator, Phil Cauley. That opinion directed Respondent to vacate his order signed on December 13, 2013, granting the petition requesting Cauley's presuit deposition, which was filed by Real Party in Interest, Efficien Technology, L.L.C. On August 7, 2014, Respondent complied with our July 23, 2014 opinion and order.

All issues attendant to this original proceeding having been disposed of, this mandamus proceeding has now been rendered moot; therefore, the writ need not issue. Accordingly, this original proceeding is ***dismissed*** as ***moot.***

Opinion delivered August 20, 2014.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**AUGUST 20, 2014**

**NO. 12-14-00028-CV**

**IN RE: PHIL CAULEY,**
Appellant
V.
,
Appellee

Original Proceeding from the County Court at Law No 2

of Smith County, Texas (Tr.Ct.No. 62,356-A)

ON THIS DAY came to be heard the petition for writ of mandamus filed by **PHIL CAULEY**, who is the defendant in Cause No. 62,356-A, pending on the docket of the County Court at Law #2, Smith County, Texas. Said petition for writ of mandamus having been filed herein on January 23 2014, and the same having been duly considered, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **DISMISSED AS MOOT.**

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*